*EXHIBIT S*

GARZA: MADELEINE R. GARZA

Page 1

1    UNITED STATES DISTRICT COURT
2    WESTERN DISTRICT OF WASHINGTON
3    _____
4    MADELEINE GARZA, an individual,  )
                                      )
5         Plaintiff(s),               )
                                      ) Case No. 3:18-CV-05106-BHS
6    vs.                              )
                                      ) Page 1 to 110
7    NATIONAL RAILROAD PASSENGER      )
     CORPORATION d/b/a Amtrak,        )
8                                     )
          Defendant(s).               )
9    _____

10        DEPOSITION UPON ORAL EXAMINATION OF
11              MADELEINE R. GARZA
12              February 26, 2019
                Olympia, Washington
13

            Taken Before:

            SUE E. GARCIA
            WA CCR #2781, RPR

            **CERTIFIED TRANSCRIPT**

GARZA: MADELEINE R. GARZA

Page 2

APPEARANCES

| | |
|---|---|
| FOR THE PLAINTIFF(S): | DARRELL L. COCHRAN<br>PFAU COCHRAN VERTETIS KOSNOFF<br>911 PACIFIC AVE, STE 200<br>TACOMA, WA 98402<br>PH: (206) 462-4334<br>FAX: (206) 623-3624<br>E-MAIL: pcvalaw.com |
| | DUSTIN J. DAILEY<br>PUTNAM LIEB POTVIN DAILEY<br>PO BOX 337<br>907 LEGION WAY SE<br>OLYMPIA, WA 98501-1520<br>PH: (360) 754-7707<br>FAX: (360) 754-4474<br>E-MAIL: dustind@putnamlieb.com |
| FOR THE DEFENDANT(S): | ANDREW G. YATES<br>LANE POWELL PC<br>1420 FIFTH AVE, SUITE 4100<br>SEATTLE, WA 98101<br>PH: (206) 223-7000<br>FAX: (206) 223-7107<br>E-MAIL: yatesa@lanepowell.com |

GARZA: MADELEINE R. GARZA

Page 30

1      around the house before the accident?
2  A   Dishes, laundry, taking the garbage out, feeding the
3      dogs, cleaning my room.
4  Q   All right. Did the injuries that you had in the
5      accident -- did they impact what you were able to do
6      around the house?
7  A   Yes.
8  Q   How did they impact that?
9  A   For a while I wasn't able to do really garbage just
10     because it was really heavy to lift.
11 Q   Okay. Any other ways that your injuries from the
12     accident impacted what you were able to do around the
13     house?
14 A   I couldn't do anything that requires me bending over.
15     It causes pain to my lower back.
16 Q   Okay. Anything else that you can recall?
17 A   Not that I can recall.
18 Q   Okay. I want to turn now to the accident itself.
19 A   Uh-huh.
20 Q   Why were you traveling on the train that day?
21 A   I was going to visit some friends in Eugene.
22 Q   Were you traveling with anybody on the train, or were
23     you traveling alone?
24 A   I was alone.
25 Q   And where did you board the train that day?

GARZA: MADELEINE R. GARZA

Page 31

```
 1   A   In Tukwila.
 2   Q   All right.  And I want to ask you how you bought your
 3       ticket.  And what I'm looking for is whether you bought
 4       it at the station or online or how you purchased it.
 5   A   Through the Amtrak app on my phone.
 6   Q   Okay.  Was it wholly electronic, then?
 7   A   Yes.
 8   Q   Okay.  Did you look at any advertising or other Amtrak
 9       materials before you bought this ticket?
10   A   No.
11   Q   Okay.  Did you have any understanding as to whether
12       the -- this particular trip was going to be on a new
13       route or not?
14   A   No.
15   Q   Okay.  So you didn't know that it was going to be a new
16       route?
17   A   No, I did not.
18   Q   Okay.  Do you remember anything about the accident
19       itself?
20   A   I remember the moments before and then a little bit
21       after.
22   Q   Okay.  Why don't you tell me what you do remember of
23       the moments before.
24   A   I remember hearing a rumbling and the train shaking.  I
25       remember hearing a sharp screech, like something
```