THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE GARZA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>    Defendant. | Case No. 3:18-CV-05106-BHS<br><br>**DECLARATION OF ROSA RICHMOND** |

I, Rosa Richmond, declare the following to be true:

1. I am a Senior Manager Claims for the National Railroad Passenger Corporation ("Amtrak"). I am of legal age, am competent to testify and make this declaration from my own personal knowledge.

2. As part of my regular job duties, I review and work with various business records that are kept and maintained in the ordinary course of Amtrak's business by Amtrak's personnel or staff, which are made at or about the time of the act or event recorded. The records described in this declaration are included in such business records and are subject to my general access as part of my regular duties for Amtrak.

3. Based on my review of Amtrak's records, I have determined that Madeleine Garza, a passenger that was aboard Amtrak 501 on December 18, 2017, received a full refund of her fare.

DECLARATION OF ROSA RICHMOND: 3:18-CV-05106- - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

019188.0399/7739723.1

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 31st day of July, 2019, in Washington, D.C.

_____
Rosa Richmond

DECLARATION OF ROSA RICHMOND: 3:18-CV-05106- - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

019188.0399/7739723.1

## CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 31st day of July, 2019, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

| | |
|---|---|
| Darrell L. Cochran | Kim R. Putnam |
| Thomas b. Vertetis | Kathryn N. Potvin |
| Christopher E. Lover | Dustin Dailey |
| Pfau Cochran Vertetis Amala, PLLC | Putnam Lieb Potvin |
| 911 Pacific Avenue, Suite 200 | 907 Legion Way SE |
| Tacoma, WA 98402-4413 | Olympia, WA 98501-1520 |
| darrell@pcvalaw.com | kimrp@putnamlieb.com |
| tom@pcvalaw.com; | kathrynp@putnamlieb.com |
| chris@pcvalaw.com | dustind@putnamlieb.com |

Executed on the 31st day of July, 2019, at Seattle, Washington.

*s/ Alisa R. Flabel*
Alisa R. Flabel

CERTIFICATE OF SERVICE: 3:18-CV-05106- -3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

019188.0399/7737861.1