THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MADELEINE GARZA, an individual,

                      Plaintiff,

    vs.

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

                 Defendant.

No. 3:18-cv-05106-BHS

**DECLARATION OF DARRELL L. COCHRAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON PUNITIVE DAMAGES AND CPA CLAIM**

DECLARATION OF DARRELL L. COCHRAN IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT NATIONAL RAILROAD
PASSENGER CORPORATION'S MOTION FOR
SUMMARY JUDGMENT ON PUNITIVE
DAMAGES AND CPA CLAIM
3:18-cv-05106-BHS



PFAU COCHRAN
VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654
www.pcvalaw.com

1

2      I, Darrell L. Cochran, hereby declare as follows:

3          1.      I am one of the attorneys for plaintiff Madeleine Garza, base this declaration

4  upon personal knowledge, and am competent to testify to the matters set forth herein.

5          2.      Attached as Exhibit 1 are true and correct copies of email exchanges between

6  Amtrak employees after the December 18, 2017 derailment, which referred to a July 2017

7  Amtrak over speed derailment.

8          3.      Attached as Exhibit 2 are true and correct copies of excerpts from the deposition

9  of Justin Meko taken May 20, 2019.

10         4.      Attached as Exhibit 3 are true and correct copies of excerpts from the NTSB

11 Accident Report for "Derailment of Amtrak Passenger Train 188, Philadelphia, Pennsylvania,

12 May 12, 2016."

13         5.      Attached as Exhibit 4 are true and correct copies of excerpts from the deposition

14 of Stephen Preshlock taken May 2, 2019.

15         6.      Attached as Exhibit 5 is a true and correct copy of FRA Safety Advisory 2015-

16 03, June 12, 2015.

17         7.      Attached as Exhibit 6 is a true and correct copy of Exhibit 17 to the deposition

18 of Theresa Impastato taken on April 17, 2019 (§11406 to Fixing America's Surface

19 Transportation (FAST) Act, Pub. L. No. 114-94).

20         8.      Attached as Exhibit 7 are true and correct copies of excerpts from the deposition

21 of Shane Tuffy taken May 17, 2019.

22         9.      Attached as Exhibit 8 are true and correct copies of excerpts from the deposition

23 of Ray Presley taken April 12, 2019.

24

25

26  DECLARATION OF DARRELL L. COCHRAN IN
    SUPPORT OF PLAINTIFF'S OPPOSITION TO
    DEFENDANT NATIONAL RAILROAD
    PASSENGER CORPORATION'S MOTION FOR
    SUMMARY JUDGMENT ON PUNITIVE
    DAMAGES AND CPA CLAIM
    3:18-cv-05106-BHS

    1 of 6



PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654
www.pcvalaw.com

10.      Attached as Exhibit 9 is a true and correct copy of Exhibit 2 to the deposition of Jeff Greenwell taken February 13, 2019.

11.      Attached as Exhibit 10 are true and correct copies of excerpts from the deposition of Jeff Greenwell taken February 13, 2019.

12.      Attached as Exhibit 11 is a true and correct copy of Exhibit 14 to the deposition of Ray Presley taken April 12, 2019 (General Order 2017-S07).

13.      Attached as Exhibit 12 are true and correct copies of excerpts from the deposition of Theresa Impastato taken April 17, 2019.

14.      Attached as Exhibit 13 are true and correct copies of excerpts from the deposition of Jonathan Hines taken May 17, 2019.

15.      Attached as Exhibit 14 is a true and correct copy of Ex. 15 to the deposition of Ray Presley taken April 12, 2019 (Tanner Lingafelter Interview).

16.      Attached as Exhibit 15 are true and correct copies of excerpts from the deposition of Steve Reaves taken May 1, 2019.

17.      Attached as Exhibit 16 is a true and correct copy of Ex. 6 to the deposition of Jeff Greenwell taken February 13, 2019 (Railway Timetable for the Point Defiance Bypass route).

18.      Attached as Exhibit 17 are true and correct copies of email exchanges regarding Sounder Commuter Rail Timetable No. 2 (NRPC_AMTRAK_004356-004357).

19.      Attached as Exhibit 18 is a true and correct copy of the Sound Transit Timetable attached to an email exchange in Exhibit 17 (NRPC_AMTRAK_004358-004363).

20.      Attached as Exhibit 19 are true and correct copies of email exchanges regarding Scheduling Change Notice – Cascades Service (NRPC_AMTRAK_09356-009358).

DECLARATION OF DARRELL L. COCHRAN IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT NATIONAL RAILROAD
PASSENGER CORPORATION'S MOTION FOR
SUMMARY JUDGMENT ON PUNITIVE
DAMAGES AND CPA CLAIM
3:18-cv-05106-BHS

2 of 6



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654
www.pcvalaw.com

21.     Attached as Exhibit 20 are true and correct copies of excerpts from the deposition of Jim Blair taken June 12, 2019.

22.     Attached as Exhibit 21 are true and correct copies of email exchanges regarding application with the FRA for a safety waiver (NRPC_AMTRAK_008115-008117) AND EMAIL EXCHANGES REGARDING Cascades approval for December 18, 2019 (NRPC_AMTRAK_009508, 009868, 010459).

23.     Attached as Exhibit 22 is a true and correct copy of Trains Magazine November 9, 2017 article – New bypass route set to pen near Seattle Dec. 15.

24.     Attached as Exhibit 23 are true and correct copies of email exchanges regarding FAST Act Implementation (NRPC_AMTRAK_019432, 019930-019932).

25.     Attached as Exhibit 24 are true and correct copies of email exchanges regarding Agreement for Point Defiance Bypass Testing and Special Train (NRPC_AMTRAK_021178-021179).

26.     Attached as Exhibit 25 are true and correct copies of excerpts from the NTSB report regarding Amtrak Train Collision with Maintenance-of-Way Equipment, Chester, Pennsylvania, April 3, 2016.

27.     Attached as Exhibit 26 are true and correct copies of excerpts from the deposition of Chris Bradasich taken February 13, 2019.

28.     Attached as Exhibit 27 are true and correct copies of excerpts from the deposition of Kurt Laird taken March 6, 2019.

29.     Attached as Exhibit 28 are true and correct copies of excerpts from the NTSB interview transcript of Conductor B. Tanner Lingafelter.

30.     Attached as Exhibit 29 are true and correct copies of excerpts from the deposition of Madeleine R. Garza taken February 26, 2019.

DECLARATION OF DARRELL L. COCHRAN IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT NATIONAL RAILROAD
PASSENGER CORPORATION'S MOTION FOR
SUMMARY JUDGMENT ON PUNITIVE
DAMAGES AND CPA CLAIM
3:18-cv-05106-BHS

3 of 6



PFAU COCHRAN
VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654
www.pcvalaw.com

31.     Attached as Exhibit 30 are true and correct copies of Madeleine R. Garza's train ticket and receipt.

32.     Attached as Exhibit 31 is a true and correct copy of the Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment filed in *Harris v. National Railroad Passenger Corporation d/b/a Amtrak*, No. C18-134 BHS.

I DECLARE UNDER PENALTY AND PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 16th day of September, 2019.

By:   __/s/ Darrell L. Cochran__

Darrell L. Cochran

DECLARATION OF DARRELL L. COCHRAN IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT NATIONAL RAILROAD
PASSENGER CORPORATION'S MOTION FOR
SUMMARY JUDGMENT ON PUNITIVE
DAMAGES AND CPA CLAIM
3:18-cv-05106-BHS



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654
www.pcvalaw.com

## CERTIFICATE OF SERVICE

I, **Sarah Awes**, hereby declare under penalty of perjury under the laws of the State of Washington that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I served the foregoing via **Email** / U.S. Mail / Process Service to the following individuals:

Tim Wackerbarth
Andrew Yates
Warren Babb
Lane Powell, PC
1420 Fifth Ave. Ste. 4200
PO Box 91302
Seattle, WA 98111-9402

*Attorneys for Defendant*

Mark S. Landman, Pro Hac Vice
John A. Bonventre, Pro Hac Vice
Landman Corsi Ballaine & Ford, PC
120 Broadway, 13th Floor
New York, NY 10271

*Attorneys for Defendant*

Kim Putnam
Kathryn N. Potvin
Dustin Dailey
Putnam Lieb Potvin
907 Legion Way SE
Olympia, WA 98501

*Attorneys for Plaintiff*

DECLARATION OF DARRELL L. COCHRAN IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT NATIONAL RAILROAD
PASSENGER CORPORATION'S MOTION FOR
SUMMARY JUDGMENT ON PUNITIVE
DAMAGES AND CPA CLAIM
3:18-cv-05106-BHS

5 of 6



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654
www.pcvalaw.com

1

2   DATED this 16th day of September, 2019.

3

4

5

6

7                                          /s/ Sarah Awes
                                    _____
8                                          Sarah Awes
                                           Legal Assistant
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   DECLARATION OF DARRELL L. COCHRAN IN
     SUPPORT OF PLAINTIFF'S OPPOSITION TO
26   DEFENDANT NATIONAL RAILROAD
     PASSENGER CORPORATION'S MOTION FOR
     SUMMARY JUDGMENT ON PUNITIVE
     DAMAGES AND CPA CLAIM
     3:18-cv-05106-BHS



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654
www.pcvalaw.com

6 of 6