THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE GARZA, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>                Defendant. | Case No. 3:18-CV-05106-BHS<br><br>**DECLARATION OF ANDREW G. YATES IN SUPPORT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO STRIKE DR. RICHARD E. SEROUSSI'S SUPPLEMENTARY EXPERT REPORT AND TO PRECLUDE TESTIMONY REGARDING PLAINTIFF'S OBSTETRICS ISSUES OR FEARS** |

I, Andrew G. Yates, declare the following to be true:

1. I am one of the attorneys for defendant National Railroad Passenger Corporation ("Amtrak") in the above captioned matter. I am of legal age, am competent to testify, and make this declaration from my own personal knowledge.

2. Plaintiff's medical expert, Dr. Richard E. Seroussi, completed an initial expert report dated April 19, 2018. Attached as **Exhibit A** is a true and correct copy of that expert report.

3. More than a year later, Dr. Seroussi completed a supplementary expert report dated May 3, 2019. Attached as **Exhibit B** is a true and correct copy of that supplementary expert report.

DECLARATION OF A YATES ISO NRPC'S MOTION TO STRIKE
PLAINTIFF'S SUPPLEMENTARY EXPERT REPORT - 1
CASE NO. 2:18-CV-00134-BHS

019188.0399/7809901.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

4. Dr. Seroussi then completed a rebuttal expert report dated August 16, 2019. Attached as **Exhibit C** is a true and correct copy of that rebuttal expert report.

5. On October 7, 2019, counsel served a letter and attached a copy of Dr. Seroussi's supplementary expert report dated October 7, 2019. Attached as **Exhibit D** is a true and correct copy of that letter and Dr. Seroussi's supplementary expert report.

6. Attached as **Exhibit E** is a true and correct copy of Dr. Amir Matityahu's expert report dated July 12, 2019.

7. Attached as **Exhibit F** is a true and correct copy of the relevant excerpts of the January 23, 2012 deposition transcript of Amir Matityahu in *Kramer v. Splash Transport, Inc.*, No. CGC-11-507342.

8. Attached as **Exhibit G** is a true and correct copy of the relevant excerpts of the August 28, 2019 deposition transcript of Dr. Robert Liddell.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 18th day of October, 2019, in Seattle, Washington.

> *s/* Andrew G. Yates
> Andrew G. Yates

DECLARATION OF A YATES ISO NRPC'S MOTION TO STRIKE
PLAINTIFF'S SUPPLEMENTARY EXPERT REPORT - 2
CASE NO. 2:18-CV-00134-BHS
019188.0399/7809901.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on the date listed below, I caused to be served a copy of the attached document to the following person(s) in the manner indicated below at the following address(es):

| | |
|---|---|
| Darrell L. Cochran<br>Thomas B. Vertetis<br>Christopher E. Love<br>Nicholas B. Douglas<br>Andrew S. Ulmer<br>Pfau Cochran Vertetis Amala, PLLC<br>911 Pacific Avenue, Suite 200<br>Tacoma, WA 98402-4413<br>darrell@pcvalaw.com<br>tom@pcvalaw.com<br>chris@pcvalaw.com<br>cole@pcvalaw.com<br>aulmer@pcvalaw.com | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| Kim R. Putnam<br>Kathryn N. Potvin<br>Dustin Dailey<br>Putnam Lieb Potvin Dailey<br>907 Legion Way SE<br>Olympia, WA 98501<br>kimrp@putnamlieb.com<br>kathrynp@putnamlieb.com<br>dustind@putnamlieb.com | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

Executed this 18th day of October, 2019, at Seattle, Washington.

s/ *Alisa R. Flabel*
Alisa R. Flabel, Legal Assistant

CERTIFICATE OF SERVICE- 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

019188.0399/7809901.1