THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE GARZA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>Defendant. | Case No. 3:18-CV-05106-BHS<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL** |

This matter having come before the Court on Defendant National Railroad Passenger Corporation's ("Amtrak's") motion for an order to certify the October 1, 2019 order for interlocutory appeal, and having considered Amtrak's motion, and Plaintiff's opposition (if any), and Amtrak's reply (if any), and having found good cause,

It is hereby

**ORDERED** that Amtrak's motion to certify the October 1, 2019 order for interlocutory appeal is **GRANTED**.

**IT IS SO ORDERED.**

DATED this _____ day of November 2019.

_____
THE HONORABLE BENJAMIN H. SETTLE

[PROPOSED] ORDER GRANTING NRPC'S MOTION
CERTIFY ORDER FOR INTERLOCUTORY APPEAL - 1
CASE NO. 3:18-CV-05106-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1
2  Presented By:
3  LANE POWELL PC
4
5  By: /s/ Tim D. Wackerbarth
      Tim D. Wackerbarth, WSBA No. 13673
6     wackerbartht@lanepowell.com
      Andrew G. Yates, WSBA No. 34239
7     yatesa@lanepowell.com
      Warren E. Babb, Jr., WSBA No. 13410
8     babbw@lanepowell.com
      Jeffrey M. Odom, WSBA No. 36168
9     odomj@lanepowell.com

10  *Attorneys for Defendant National Railroad Passenger Corporation*
11
12  LANDMAN CORSI BALLAINE & FORD, PC
13
    By: /s/ Mark S. Landman
14     Mark S. Landman, *Pro Hac Vice*
       mlandman@lcbf.com
15     John A. Bonventre, *Pro Hac Vice*
       jbonventre@lcbf.com
16
17  *Attorneys for Defendant National Railroad Passenger Corporation*
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER GRANTING NRPC'S MOTION
CERTIFY ORDER FOR INTERLOCUTORY APPEAL - 2
CASE NO. 3:18-CV-05106-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on the date listed below, I caused to be served a copy of the attached document to the following person(s) in the manner indicated below at the following address(es):

Darrell L. Cochran
Thomas B. Vertetis
Christopher E. Love
Nicholas B. Douglas
Andrew S. Ulmer
Pfau Cochran Vertetis Amala, PLLC
911 Pacific Avenue, Suite 200
Tacoma, WA 98402-4413
darrell@pcvalaw.com
tom@pcvalaw.com
chris@pcvalaw.com
cole@pcvalaw.com
aulmer@pcvalaw.com

☑ by CM/ECF
☐ by Electronic Mail
☐ by Facsimile Transmission
☐ by First Class Mail
☐ by Hand Delivery
☐ by Overnight Delivery

Kim R. Putnam
Kathryn N. Potvin
Dustin Dailey
Putnam Lieb Potvin Dailey
907 Legion Way SE
Olympia, WA 98501
kimrp@putnamlieb.com
kathrynp@putnamlieb.com
dustind@putnamlieb.com

☑ by CM/ECF
☐ by Electronic Mail
☐ by Facsimile Transmission
☐ by First Class Mail
☐ by Hand Delivery
☐ by Overnight Delivery

Executed this 24th day of October, 2019, at Seattle, Washington.

s/ *Alisa R. Flabel*
Alisa R. Flabel, Legal Assistant

CERTIFICATE OF SERVICE - 3
CASE NO. 3:18-CV-05106-BHS

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

019188.0399/7801854.2