THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MADELEINE GARZA, an individual,

Plaintiff,

vs.

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,

Defendant.

No. 3:18-cv-05106-BHS

**PLAINTIFF'S SUPPLEMENTAL JURY INSTRUCTION**









911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

Plaintiff respectfully submits the following proposed supplemental jury instruction. This revised damages instruction reflects changes in the case including the removal of Plaintiff's economic damages claim. A revised verdict form follows the revised damages instruction. Further, upon review of applicable caselaw, the revised damages instruction also includes as part of Plaintiff's general damages a claim for the fear of present and future health problems, including the reasonable fear of an increased risk of injury. See *Wilson v. Key Tronic Corp.*, 40 Wash. App. 802, 810, 701 P.2d 518, 524 (1985); *Sorenson v. Raymark Indus., Inc.*, 51 Wash. App. 954, 958, 756 P.2d 740, 742 (1988).






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

PLAINTIFF'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION NO. _______

Damages

It is the duty of the Court to instruct you as to the measure of damages. You must determine the amount of money that will reasonably and fairly compensate Plaintiff for such damages. Amtrak has admitted that it is liable for all damages caused by the derailment. In determining the measure of damages, you should consider the following:

(1) The nature and extent of the injuries;

(2) The disability, disfigurement, and loss of enjoyment of life experienced and that with reasonable probability will be experienced in the future;

(3) The pain and suffering, both mental and physical, mental anguish, emotional distress, and inconvenience experienced and that with reasonable probability will be experienced in the future;

(4) The fear of present and future health problems, including the reasonable fear of an increased risk of injury.

The burden of proving damages rests upon the Plaintiff. It is for you to determine, based upon the evidence, whether any particular element has been proved by a preponderance of the evidence.

Your award must be based upon evidence and not upon speculation, guesswork or conjecture.

The law has not furnished us with any fixed standards by which to measure noneconomic damages. With references to these matters you must be governed by your own judgment, by the evidence in the case, and by these instructions.



PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

9th Cir. Model Civil Jury Instruction Nos. 5.1; 5.2 (Modified); *Wilson v. Key Tronic Corp.*, 40 Wash. App. 802, 810, 701 P.2d 518, 524 (1985); *Sorenson v. Raymark Indus., Inc.*, 51 Wash. App. 954, 958, 756 P.2d 740, 742 (1988).






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE GARZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>Defendant. | NO. 3:18-cv-05106-BHS<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM** |

We, the jury, answer the questions submitted by the court as follows:

What do you find to be Madeleine Garza's damages:

Past and Future Non-Economic Damages $______________________






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

DIRECTION: Sign this verdict form and notify the bailiff.

________________________________

Date

________________________________

Presiding Juror






911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

## CERTIFICATE OF SERVICE

I, **Sarah Awes**, hereby declare under penalty of perjury under the laws of the State of Washington that that I am employed at Pfau Cochran Vertetis Amala, PLLC, and that on the below date I caused to be served the foregoing document on:

Tim Wackerbarth
Andrew Yates
Warren Babb
Lane Powell, PC
1420 Fifth Ave. Ste. 4200
PO Box 91302
Seattle, WA 98111-9402

*Attorneys for Defendant*

Mark S. Landman, Pro Hac Vice
John A. Bonventre, Pro Hac Vice
Landman Corsi Ballaine & Ford, PC
120 Broadway, 13th Floor
New York, NY 10271

*Attorneys for Defendant*

Kim Putnam
Kathryn N. Potvin
Dustin Dailey
Putnam Lieb Potvin
907 Legion Way SE
Olympia, WA 98501

*Attorneys for Plaintiff*

( ) Via U.S. Mail
( ) Via Facsimile
(X) ECF
( ) Via Email




PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company


911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

**DATED** this 4th day of November, 2019.

/s/_Sarah Awes___________________

Sarah Awes





PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654