THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MADELEINE GARZA, an individual,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

Defendant.

Case No. 3:18-CV-05106-BHS

**DEFENDANT NATIONAL
RAILROAD PASSENGER
CORPORATION'S PROPOSED
AMENDED VERDICT FORM**

We, the jury, award Plaintiff Madeleine Garza the following amounts in this matter:

1.  Past non-economic damages:                    $_____.

2.  Future non-economic damages:                 $_____.

Sign and return this verdict form.

Dated: _____, 2019.

_____
Foreman

DEFENDANT NATIONAL RAILROAD PASSENGER
CORPORATION'S PROPOSED AMENDED VERDICT
FORM - 1

019188.0399/7836271.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

1

2

**CERTIFICATE OF SERVICE**

3

4

5

6

7

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 12th day of November, 2019, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

8

9

10

11

12

13

Darrell L. Cochran
Thomas B. Vertetis
Christopher E. Lover
Pfau Cochran Vertetis Amala, PLLC
911 Pacific Avenue, Suite 200
Tacoma, WA  98402-4413
darrell@pcvalaw.com
tom@pcvalaw.com;
chris@pcvalaw.com

Kim R. Putnam
Kathryn N. Potvin
Dustin Dailey
Putnam Lieb Potvin
907 Legion Way SE
Olympia, WA 98501-1520
kimrp@putnamlieb.com
kathrynp@putnamlieb.com
dustind@putnamlieb.com

14

15

16

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

17

18

Executed on the 12th day of November,  2019, at Seattle, Washington.

19

20

*s/Janet Wiley*
Janet Wiley, Legal Assistant

21

22

23

24

25

26

27

DEFENDANT NATIONAL RAILROAD PASSENGER
CORPORATION'S PROPOSED AMENDED VERDICT
FORM - 2
019188.0399/7836271.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107