ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE GARZA,<br><br>               Plaintiff,<br>   v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK<br><br>               Defendant. | CASE NO. C18-5106 BHS<br><br>VERDICT FORM<br><br><br><br>CASE NO. C18-5106BHS |

We, the jury, answer the questions submitted by the Court as follows:

What do you unanimously find to be Madeleine Garza's damages:

Past and Future Non-Economic Damages      $ 4.5 million

Sign this verdict form and notify Gretchen.

Nov. 13, 2019
Date                                    Presiding Juror