1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE GARZA, | CASE NO. C18-5106 BHS |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Madeleine Garza's ("Garza")

claim against Defendant National Railroad Passenger Corporation d/b/a Amtrak

("Amtrak") for violation of the Washington Consumer Protection Act ("CPA"), Dkt. 1,

the Court's order denying in part and granting in part Amtrak's motion for summary

judgment on this claim, Dkt. 44, Amtrak's motion to certify order for interlocutory

appeal, Dkt. 69, and the Court's decision to exclude this claim from the trial on Garza's

negligence claim.

At this time, the Court is considering severing the claim under Federal Rule of

Civil Procedure 21 and opening an entirely new case just for that CPA claim.  If the

1   Court also severed other similar claims in the cases against Amtrak, then it could

2   consolidate all of those CPA-only causes of action for one trial.  This procedure seems

3   more efficient and less confusing than consolidating all of the actions in which a plaintiff

4   asserts a negligence claim and a CPA claim.  The Court, however, will allow the parties

5   an opportunity to respond before issuing an order of severance.  Therefore, any party may

6   show cause no later than December 20, 2019 why the Court should not sever Garza's

7   CPA claim from this case and open an entirely new case for that claim.

8       **IT IS SO ORDERED**.

9       Dated this 11th day of December, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2