THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE GARZA, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>                Defendant. | No. 3:18-cv-05106-BHS<br><br>**NOTICE OF WITHDRAW OF PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ON VERDICT**<br><br>**NOTE ON MOTION CALENDAR: FRIDAY, DECEMBER 27, 2019** |

NOTICE OF WITHDRAW OF PLAINTIFF'S
MOTION FOR ENTRY OF JUDGMENT ON
VERDICT

3:18-cv-05106-BHS



PFAU COCHRAN
VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654
www.pcvalaw.com

1    Comes now Plaintiff Madeleine Garza to advise the Court that, pursuant to Local Rule

2 W.D. Wash. LCR 7(l), Plaintiff withdraws her Motion for Entry of Judgment on Verdict (Dkt.

3 115).

        DATED: December 19th, 2019.

                           PFAU COCHRAN VERTETIS AMALA PLLC

                           By:    /s/ Darrell L. Cochran
                           Darrell L. Cochran, WSBA No. 22851
                           darrell@pcvalaw.com
                           Thomas B. Vertetis, WSBA No. 29805
                           tom@pcvalaw.com
                           Andrew S. Ulmer, WSBA No. 51227
                           aulmer@pcvalaw.com

NOTICE OF WITHDRAW OF PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ON VERDICT

3:18-cv-05106-BHS

1 of 1



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654
www.pcvalaw.com

**CERTIFICATE OF SERVICE**

I, **Sarah Awes**, hereby declare under penalty of perjury under the laws of the State of Washington that that I am employed at Pfau Cochran Vertetis Amala, PLLC, and that on the below date I caused to be served the foregoing document on:

Tim Wackerbarth
Andrew Yates
Warren Babb
Lane Powell, PC
1420 Fifth Ave. Ste. 4200
PO Box 91302
Seattle, WA 98111-9402

*Attorneys for Defendant*

Mark S. Landman, Pro Hac Vice
John A. Bonventre, Pro Hac Vice
Landman Corsi Ballaine & Ford, PC
120 Broadway, 13th Floor
New York, NY 10271

*Attorneys for Defendant*

Kim Putnam
Kathryn N. Potvin
Dustin Dailey
Putnam Lieb Potvin
907 Legion Way SE
Olympia, WA 98501

*Attorneys for Plaintiff*

( ) Via U.S. Mail
( ) Via Facsimile
(X) ECF
( ) Via Email

NOTICE OF WITHDRAW OF PLAINTIFF'S
MOTION FOR ENTRY OF JUDGMENT ON
VERDICT

Page 2 | 3:18-cv-05106-BHS



PFAU COCHRAN
VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

**DATED** this 19th day of December, 2019.

/s/_Sarah Awes_____

Sarah Awes

NOTICE OF WITHDRAW OF PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT ON VERDICT

Page 3 | 3:18-cv-05106-BHS



PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654