THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE GARZA, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>　　　　　　　　　Defendant. | No. 3:18-cv-05106-BHS<br><br>**STIPULATED MOTION FOR VOLUNTARY DISMISSAL**<br><br>**NOTE ON MOTION CALENDAR: MONDAY, DECEMBER 23, 2019** |

STIPULATED MOTION FOR VOLUNTARY DISMISSAL

3:18-cv-05106-BHS



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654
www.pcvalaw.com

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this matter hereby stipulate to the dismissal of Plaintiff's Washington Consumer Protection Act claim with prejudice.

DATED: December 23rd, 2019

PFAU COCHRAN VERTETIS AMALA, PLLC

By  s/ *Darrell L. Cochran*
Darrell L. Cochran, WSBA No. 22851
darrell@pcvalaw.com
Thomas B. Vertetis, WSBA No. 29805
tom@pcvalaw.com
Christopher E. Love, WSBA No. 42832
chris@pcvalaw.com
Nicholas B. Douglas, WSBA No. 49786
cole@pcvalaw.com
Andrew S. Ulmer, WSBA No. 51227
aulmer@pcvalaw.com
*Attorneys for Plaintiff*


PUTNAM LIEB POTVIN
By  s/ *Kim P. Putnam*
Kim R. Putnam, WSBA No. 10924
kimrp@putnamlieb.com
Kathryn N. Potvin, WSBA No. 33993
kathrynp@putnamlieb.com
Dustin Dailey, WSBA No. 39369
dustind@putnamlieb.com

*Attorneys for Plaintiff*


LANE POWELL PC

By  s/ *Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA No. 13673
Andrew G. Yates, WSBA No. 34239
Warren E. Babb, Jr., WSBA No. 13410
Katie Bass, WSBA No. 51369
1420 Fifth Avenue, Suite 4200

STIPULATED MOTION FOR VOLUNTARY DISMISSAL

Page 2 | No. 3:08-CV-05754-BHS



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

1  P.O. Box 91302
   Seattle, WA  98111-9402
2  Telephone: 206-223-7000
   Facsimile: 206-223-7107
3  Email:  wackerbartht@lanepowell.com
4          yatesa@lanepowell.com
           babbw@lanepowell.com
5          bassk@lanepowell.com

6

7  LANDMAN, CORSI, BALLAINE & FORD PC

8  By __s/ Mark Landman_____
   Mark Landman (Limited Admission Pursuant to APR 8(b))
9  John A. Bonventre (Limited Admission Pursuant to APR 8(b))
   Landman Corsi Ballaine & Ford
10 120 Broadway, 13th Floor
   New York, NY  10271
11 Telephone:  212.238.4800
   Facsimile:  212.238.4848
12 Email: mlandman@lcbf.com
13        jbonventre@lcbf.com

14 *Attorneys for Defendant Amtrak*

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR VOLUNTARY
DISMISSAL



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

Page 3 | No. 3:08-CV-05754-BHS

**CERTIFICATE OF SERVICE**

I, **Sarah Awes**, hereby declare under penalty of perjury under the laws of the State of Washington that that I am employed at Pfau Cochran Vertetis Amala, PLLC, and that on the below date I caused to be served the foregoing document on:

Tim Wackerbarth
Andrew Yates
Warren Babb
Lane Powell, PC
1420 Fifth Ave. Ste. 4200
PO Box 91302
Seattle, WA 98111-9402

*Attorneys for Defendant*

Mark S. Landman, Pro Hac Vice
John A. Bonventre, Pro Hac Vice
Landman Corsi Ballaine & Ford, PC
120 Broadway, 13th Floor
New York, NY 10271

*Attorneys for Defendant*

Kim Putnam
Kathryn N. Potvin
Dustin Dailey
Putnam Lieb Potvin
907 Legion Way SE
Olympia, WA 98501

*Attorneys for Plaintiff*

( ) Via U.S. Mail
( ) Via Facsimile
(X) ECF
( ) Via Email

STIPULATED MOTION FOR VOLUNTARY DISMISSAL



Page 4 | No. 3:08-CV-05754-BHS

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

1  **DATED** this 23rd day of December, 2019.

5           /s/_Sarah Awes_____

    Sarah Awes

STIPULATED MOTION FOR VOLUNTARY
DISMISSAL



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

Page 5 | No. 3:08-CV-05754-BHS