UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE GARZA,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION, d/b/a AMTRAK,<br><br>                    Defendant. | JUDGMENT ON JURY VERDICT<br><br>CASE NO. CV18-5106BHS |

**XX**     **JURY VERDICT.**  This action came to consideration before the Court for a trial by jury. The issues have been considered and a decision has been rendered.

\_\_     **DECIDED BY THE COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

The Jury found Madeleine Garza's damages to be:

          Past and Future Non-Economic Damages          $4,500,000.00

Dated this 3rd day of January, 2020.


                              William M. McCool
                              Clerk of Court


                              Gretchen Craft, Deputy Clerk


Judgment