THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MADELEINE GARZA, an individual,<br><br>                                Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>                               Defendant. | NO. 3:18-cv-05106-BHS<br><br>FULL SATISFACTION OF JUDGMENT<br>(Clerk's Action Required) |

Pursuant to RCW 4.56.100, the undersigned attorney of record for plaintiff hereby acknowledges that the judgment entered in this matter on January 3, 2020 in favor of plaintiff Madeleine Garza against National Railroad Passenger Corporation d/b/a Amtrak in the amount of $4,500,000 has been fully satisfied and the Clerk is requested to note the same in the execution docket.

///

///

///

///

1 of 4
SATISFACTION OF JUDGMENT

PFAU COCHRAN
VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

Dated this 9th day of January, 2020.

        PFAU COCHRAN VERTETIS AMALA, PLLC

        By: /s/ Thomas B. Vertetis
        Thomas B. Vertetis, WSBA No. 29805
        Darrell L. Cochran, WSBA No. 22851
        Attorneys for Plaintiff



## ACKNOWLEDGMENT

State of Washington        }
                           }  ss.
County of  Pierce          }

On this day personally appeared before me Thomas B. Vertetis to me known to be the individual, or individuals described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 9th day of January, 2020

_Sarah Awes_

Notary Public in and for the state of Washington, residing at Tacoma, WA.

[Notary Seal: SARAH AWES, NOTARY PUBLIC, STATE OF WASHINGTON, 06-16-20]

3 of 4
SATISFACTION OF JUDGMENT



PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

# CERTIFICATE OF SERVICE

I, **Sarah Awes**, hereby declare under penalty of perjury under the laws of the State of Washington that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I served the foregoing via **ECF** / U.S. Mail / Process Service to the following individuals:

Tim Wackerbarth
Andrew Yates
Warren Babb
Lane Powell, PC
1420 Fifth Ave. Ste. 4200
PO Box 91302
Seattle, WA 98111-9402

*Attorneys for Defendant*

Mark S. Landman, Pro Hac Vice
John A. Bonventre, Pro Hac Vice
Landman Corsi Ballaine & Ford, PC
120 Broadway, 13th Floor
New York, NY 10271

*Attorneys for Defendant*

Kim Putnam
Kathryn N. Potvin
Dustin Dailey
Putnam Lieb Potvin
907 Legion Way SE
Olympia, WA 98501

*Attorneys for Plaintiff*

DATED this 9th day of January, 2020.

/s/ Sarah Awes
Sarah Awes
Legal Assistant

