THE HON. BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MADELEINE GARZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>Defendant. | No. 3:18-cv-05106-BHS<br><br>**STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL CLAIMS** |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel of record, that Plaintiff's claims against Defendant in the above-entitled matter may be dismissed with prejudice and without cost to either party.

DATED this 9th day of January, 2020.


Pfau Cochran Vertetis Amala                     Landman Corsi Ballaine & Ford


By:   /s/ Darrell L. Cochran                    By:    /s/ John Bonventre
Darrell L. Cochran, WSBA No. 22851              John Bonventre, Pro Hac Vice
Thomas B. Vertetis, WSBA No. 29805              Mark Lanman, Pro Hac Vice
*Attorneys for Plaintiff*                       *Attorneys for Defendant Amtrak*

STIPULATION AND AGREED ORDER OF DISMISSAL

Page 1 | No. 3:18-CV-05106-BHS

PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

1  Putnam Lieb Potvin Dailey          Lane Powell

3  By:     /s/ Kim R. Putnam          By:  /s/ Tim Wackerbath
4  Kim R. Putnam, WSBA No. 10924      Tim Wackerbarth, WSBA No.13673
   Dustin Dailey, WSBA No. 39369      Andrew Yates, WSBA No. 34239
5  *Attorneys for Plaintiff*          Warren E. Babb, WSBA No. 13210
                                      *Attorneys for Defendant Amtrak*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND AGREED ORDER OF DISMISSAL

Page 2 | No. 3:18-CV-05106-BHS



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

# **ORDER**

**BASED UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendant in the above-entitled matter are hereby dismissed with prejudice and without cost to either party hereto.

SIGNED this _____ day of _____, 2020.

_____
THE HONORABLE BENAJMIN H. SETTLE

Presented by:

PFAU COCHRAN VERTETIS AMALA

By: /s/ Darrell L. Cochran
    Darrell L. Cochran, WSBA No. 22851
    Thomas B. Vertetis, WSBA No. 29805
    Attorneys for Plaintiff

PUTNAM LIEB POTVIN DAILEY

By: /s/ Kim R. Putnam
    Kim R. Putnam, WSBA No. 10924
    Dustin Dailey, WSBA No. 39369
    Attorneys for Plaintiff

Approved as to form by:

LANDMAN CORSI BALLAINE & FORD

By: /s/ John Bonventre
    John Bonventre, Pro Hac Vice
    Mark Lanman, Pro Hac Vice
    Attorneys for Defendant Amtrak

STIPULATION AND AGREED ORDER OF DISMISSAL

Page 3 | No. 3:18-CV-05106-BHS


PFAU COCHRAN VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

1
2   LANE POWELL

3
    By:   /s/ Tim Wackerbarth
4         Tim Wackerbarth, WSBA No. 13673
          Andrew Yates, WSBA No. 34239
5         Warren E. Babb, WSBA No. 13210
          Attorneys for Defendant Amtrak
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND AGREED ORDER OF
DISMISSAL

Page 4 | No. 3:18-CV-05106-BHS



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654