**THE HON. BENJAMIN H. SETTLE**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

MADELEINE GARZA, an individual,

                    Plaintiff,

    vs.

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,

                 Defendant.

No. 3:18-cv-05106-BHS

**STIPULATION AND AGREED ORDER
OF DISMISSAL OF ALL CLAIMS**

### STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel of record, that Plaintiff's claims against Defendant in the above-entitled matter may be dismissed with prejudice and without cost to either party.

    DATED this 9th day of January, 2020.

Pfau Cochran Vertetis Amala

By:___/s/ Darrell L. Cochran_____
Darrell L. Cochran, WSBA No. 22851
Thomas B. Vertetis, WSBA No. 29805
*Attorneys for Plaintiff*

Landman Corsi Ballaine & Ford

By:____/s/ John Bonventre____
John Bonventre, Pro Hac Vice
Mark Lanman, Pro Hac Vice
*Attorneys for Defendant Amtrak*

STIPULATION AND AGREED ORDER OF
DISMISSAL

Page 1 | No. 3:18-CV-05106-BHS

PFAU COCHRAN
VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

1

2

3

Putnam Lieb Potvin Dailey

Lane Powell

By:_____/s/ Kim R. Putnam_____
Kim R. Putnam, WSBA No. 10924
Dustin Dailey, WSBA No. 39369
*Attorneys for Plaintiff*

By:_/s/ Tim Wackerbath_____
Tim Wackerbarth, WSBA No.13673
Andrew Yates, WSBA No. 34239
Warren E. Babb, WSBA No. 13210
*Attorneys for Defendant Amtrak*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND AGREED ORDER OF
DISMISSAL

Page 2 | No. 3:18-CV-05106-BHS



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

<u>ORDER</u>

**BASED UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendant in the above-entitled matter are hereby dismissed with prejudice and without cost to either party hereto.

SIGNED this 14th day of January, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

PFAU COCHRAN VERTETIS AMALA

By:____/s/ Darrell L. Cochran_____
    Darrell L. Cochran, WSBA No. 22851
    Thomas B. Vertetis, WSBA No. 29805
    Attorneys for Plaintiff

PUTNAM LIEB POTVIN DAILEY

By:_____/s/ Kim R. Putnam_____
    Kim R. Putnam, WSBA No. 10924
    Dustin Dailey, WSBA No. 39369
    Attorneys for Plaintiff

Approved as to form by:

STIPULATION AND AGREED ORDER OF
DISMISSAL

Page 3 | No. 3:18-CV-05106-BHS



911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799 Facsimile: (253) 627-0654

1

LANDMAN CORSI BALLAINE & FORD

2

3

By: ____/s/ John Bonventre_____
      John Bonventre, Pro Hac Vice

4

      Mark Lanman, Pro Hac Vice

5

      Attorneys for Defendant Amtrak

6

LANE POWELL

7

8

By: ___/s/ Tim Wackerbarth_____
      Tim Wackerbarth, WSBA No. 13673

9

      Andrew Yates, WSBA No. 34239

10

      Warren E. Babb, WSBA No. 13210
      Attorneys for Defendant Amtrak

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

